```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-13-2017
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ENAM AHMED, on behalf of himself and on behalf of other similarly-situated individuals,

   Plaintiff,

v.

DAVID BOULEY LLC,

   Defendant.

No. 17 Civ. 2189 (LTS)(AJP)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Enam Ahmed and Defendant David Bouley LLC, by and through their undersigned counsel, that the above-captioned action shall be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

Dated: October 6, 2017

**MEISTER SEELIG & FEIN LLP**
*Attorneys for Defendant*
125 Park Avenue, 7th Floor
New York, New York 10017
(212) 655-3500

By: _____
Jeffrey Kimmel, Esq.
Racquel Crespi Weintraub, Esq.

**FILOSA LAW FIRM, PLLC**
*Attorneys for Plaintiff*
111 John Street, Suite 2510
New York, NY 10038
(212) 256-1780

By: _____
Gregory N. Filosa, Esq.

The Clerk of Court is requested to close this case.
SO ORDERED:

_____ 10/13/17
HON. LAURA TAYLOR SWAIN